RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

YAEL BORTNICK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-514-6632 (v)
202-307-0054 (f)
Yael.Bortnick@tax.usdoj.gov

Of Counsel:
JOSEPH HARRINGTON
United States Attorney

*Attorneys for the United States*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In the Metter of the Tax Indebtedness of JEFF AND MELINDA RAVEN | Case No.<br><br>**PETITION FOR JUDICIAL APPROVAL OF LEVY UPON A PRINCIPAL RESIDENCE** |

The United States, by and through its undersigned counsel, petitions this Court for an order approving an administrative levy by the Internal Revenue Service ("IRS") upon a principal residence. In support of this Petition, the United States submits the accompanying Declaration of Revenue Officer Richard A. Ped and asserts as follows:

1.    This proceeding is brought, and the Court's jurisdiction arises, pursuant to 28 U.S.C. §§ 1331 and 1340 and 26 U.S.C. §§ 6334(e)(1) and 7402(a).

2.    Venue is proper in the Eastern District of Washington under 28 U.S.C. §§ 1391(b) and 1396.

**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 514-6632

3.     Section 6334 of the Internal Revenue Code, as is pertinent here, exempts from administrative levy by the IRS property the taxpayer uses as a principal residence (within the meaning of 26 U.S.C. § 121) unless the levy is to satisfy a liability that exceeds $5,000 and is approved in writing by a United States District Judge or Magistrate Judge. 26 U.S.C. §§ 6334(a)(13)(B) and (e)(1); 26 C.F.R. § 301.6334-1(a)(13) and (d).

4.     To obtain approval from the Court, the United States must demonstrate that:

> a.     the liability is owed;
>
> b.     the requirements of any applicable law or administrative procedure relevant to the levy have been met; and
>
> c.     no reasonable alternative for the collection of the taxpayer's debt exists.

26 C.F.R. § 301.6334-1.

5.     By this Petition, the United States seeks approval for the IRS to levy upon the taxpayers' interest in the property which is commonly known as 306 Fircrest Drive, Cashmere, WA 98815 (the "Subject Property") and which is legally described as follows:

> LOT 5 AND 6, FIR CREST ADDITION TO CASHMERE, CHELAN COUNTY, WASHINGTON, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 7 OF PLATS, PAGE 9.
>
> SITUATE IN THE COUNTY OF CHELAN, STATE OF WASHINGTON.

6.     The Subject Property is located within the jurisdiction of this Court.

Petition for Judicial Approval of Levy
on Principal Residence
Page 2 of 7

**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 514-6632

7.      Jeff and Melinda Raven hold legal title to the Subject Property and use it as their principal residence, within the meaning of 26 U.S.C. § 121.

8.      In support of this Petition, the United States submits a Declaration of Richard A. Ped ("Ped Decl."), a Revenue Officer with the Small Business/Self Employed Division of the Internal Revenue Service, with a post of duty in Seattle, Washington. Ped Decl., ¶ 1.

9.      As described in the Ped Declaration, a duly authorized delegate of the Secretary of the Treasury made assessments against Mr. and Mrs. Raven for unpaid federal income taxes, penalties, and other statutory additions in the amounts and for the periods indicated:

| Tax Period | Tax Type | Assessment Date | Assessment Amount and Type of Assessment | | Unpaid Balance |
|---|---|---|---|---|---|
| 2009 | 1040 | 04/04/2011 | Tax Assessed: | $17,825.00 | |
| | | " | Estimated Tax Penalty: | $358.00 | |
| | | " | Late Filing Penalty: | $3,830.62 | |
| | | " | Failure to Pay Penalty: | $1,021.50 | |
| | | " | Interest Assessed: | $771.56 | |
| | | 05/20/2013 | Failure to Pay Penalty: | $3,139.74 | |
| | | 05/16/2016 | Interest Assessed: | $4,067.77 | |
| | | 10/23/2017 | Interest Assessed: | $1,459.06 | |
| | | 10/22/2018 | Interest Assessed: | $1,022.9 | $22,636.15* |
| 2010 | 1040 | 11/21/2011 | Tax Assessed: | $29,293.00 | |
| | | " | Estimated Tax Penalty: | $405.68 | |
| | | " | Failure to Pay Penalty: | $1,134.71 | |
| | | " | Interest Assessed: | $651.40 | |
| | | 02/06/2012 | Fees and Collection Costs: | $170.00 | |
| | | 05/20/2013 | Failure to Pay Penalty: | $2,061.97 | |
| | | 05/16/2016 | Interest Assessed: | $4,536.53 | |
| | | " | Failure to Pay Penalty: | $3,711.55 | |
| | | 10/23/2017 | Interest Assessed: | $2,375.57 | |
| | | 10/22/2018 | Interest Assessed: | $1,980.48 | $44,606.35* |

**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 514-6632

| 2011 | 1040 | 05/22/2017 | Tax Assessed: | $8,197.00 | |
| | | " | Estimated Tax Penalty: | $134.00 | |
| | | " | Late Filing Penalty: | $1,519.42 | |
| | | " | Failure to Pay Penalty: | $1,668.25 | |
| | | " | Interest Assessed: | $1,451.32 | |
| | | 08/07/2017 | Fees and Collection Costs: | $196.00 | |
| | | 10/22/2018 | Interest Assessed: | $754.04 | $12,520.02* |
| 2012 | 1040 | 05/15/2017 | Tax Assessed: | $23,949.00 | |
| | | " | Estimated Tax Penalty: | $25.00 | |
| | | " | Late Filing Penalty: | $5,338.52 | |
| | | " | Failure to Pay Penalty: | $5,867.50 | |
| | | " | Interest Assessed: | $4,103.85 | |
| | | 07/03/2017 | Fees and Collection Costs: | $196.00 | |
| | | 10/22/2018 | Interest Assessed: | $2,575.58 | |
| | | " | Failure to Pay Penalty: | $119.75 | $42,306.25* |
| 2014 | 1040 | 11/20/2017 | Tax Assessed: | $16,900.00 | |
| | | " | Estimated Tax Penalty: | $303.46 | |
| | | " | Late Filing Penalty: | $3,802.50 | |
| | | " | Failure to Pay Penalty: | $2,704.00 | |
| | | " | Interest Assessed: | $2,049.21 | |
| | | 02/12/2018 | Fees and Collection Costs: | $198.00 | $28,653.46* |
| 2015 | 1040 | 11/27/2017 | Tax Assessed: | $3,838.00 | |
| | | " | Late Filing Penalty: | $863.55 | |
| | | " | Failure to Pay Penalty: | $383.80 | |
| | | " | Interest Assessed: | $314.17 | $5,245.47* |
| 2016 | 1040 | 11/20/2017 | Tax Assessed: | $23,467.00 | |
| | | " | Failure to Pay Penalty: | $938.68 | |
| | | " | Interest Assessed: | $569.99 | $28,572.40* |
| | | | | **Total:** | **$184,540.10** |

\* Unpaid Balance as of November 5, 2018

Ped. Decl., ¶ 5.

Additionally, a duly authorized delegate of the Secretary of the Treasury made assessments against Mr. Raven for unpaid federal employment taxes (Form 941) and civil penalties (26 U.S.C. § 6721), penalties, and other statutory additions and in the amounts and for the periods indicated:

**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 514-6632

| Tax Period | Tax Type | Assessment Date | Assessment Amount and Type of Assessment | | Unpaid Balance |
|---|---|---|---|---|---|
| 09/2012 | 941 | 01/07/2013 | Tax Assessed: | $7,574.43 | |
| | | 11/19/2012 | Dishonored Check Penalty: | $69.93 | |
| | | 01/07/2013 | Tax Deposit Penalty: | $553.55 | |
| | | " | Failure to Pay Penalty: | $52.41 | |
| | | " | Interest Assessed: | $19.83 | |
| | | 02/18/2013 | Tax Deposit Penalty: | $174.83 | |
| | | 02/06/2017 | Fees and Collection Costs: | $196.00 | |
| | | 11/27/2017 | Interest Assessed: | $746.95 | |
| | | " | Failure to Pay Penalty: | $793.61 | $651.85** |
| 12/2012 | 941 | 04/08/2013 | Tax Assessed: | $2,808.07 | |
| | | " | Tax Deposit Penalty: | $280.81 | |
| | | " | Failure to Pay Penalty: | $42.12 | |
| | | " | Interest Assessed: | $15.51 | |
| | | 05/13/2013 | Tax Deposit Penalty: | $140.40 | |
| | | 11/27/2017 | Interest Assessed: | $553.40 | |
| | | " | Failure to Pay Penalty: | $659.90 | $4,696.20** |
| 06/2014 | 941 | 10/06/2014 | Tax Assessed: | $7,840.60 | |
| | | " | Failure to Pay Penalty: | $117.61 | |
| | | " | Interest Assessed: | $43.29 | |
| | | 11/27/2017 | Interest Assessed: | $938.00 | |
| | | " | Failure to Pay Penalty: | $1,842.54 | $11,251.59** |
| 2013 | § 6721 | 10/03/2016 | Failure to File Penalty: | $1,663.22 | |
| | | 11/27/2017 | Interest Assessed: | $78.29 | $1,822.58*** |
| | | | | **Total:** | **$18,422.22** |

** Unpaid Balance as of October 29, 2018
*** Unpaid Balance as of November 19, 2018

Ped. Decl., ¶ 5.

    10.    Timely notice of the assessments set forth above and demand for their

payment was duly given to Mr. and Mrs. Raven. Ped Decl., ¶ 6.

    11.    Despite timely notice and demand for payment of the assessments,

Mr. and Mrs. Raven have neglected or refused to make full payment to the United

States. *Id*.

Petition for Judicial Approval of Levy
on Principal Residence
Page 5 of 7

**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 514-6632

12. The total outstanding balance for federal income tax liabilities for tax years 2009 through 2016 is $184,540.10 as of November 5, 2018, plus interest and other statutory additions accruing thereafter as provided by law. *Id.*.

13. The total outstanding balance for federal employment tax liabilities for the periods ending September 30, 2012, December 31, 2012, and June 30, 2014, is $16,599.64 as of October 29, 2018, plus interest and other statutory additions accruing thereafter as provided by law. *Id.*

14. The total outstanding balance for the civil penalty liability for the period ending December 31, 2013, is $1,822.58 as of November 19, 2018, plus interest and other statutory additions accruing thereafter as provided by law. *Id.*

15. The IRS has followed the requirements of applicable law and administrative procedures relevant to a levy upon the Subject Property. Ped Decl., ¶ 7.

16. The IRS has attempted to satisfy Mr. and Mrs. Raven's unpaid liability from assets other than the Subject Property and has concluded that no reasonable alternative exists to satisfy the unpaid tax liabilities described above. Ped Decl., ¶ 8.

WHEREFORE, the United States prays that:

A. This Court enter the attached Order to Show Cause; and

B. If no written Objection to the Petition is filed with the Clerk of the Court within 21 days from the date of service of the Order to Show Cause, the Court enter an order approving the administrative levy on

**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 514-6632

1    the Subject Property, to be executed by any authorized officer of the

2    IRS; and

3    C.    If a written Objection to the Petition is timely filed with the Clerk of

4          the Court, that the Court set a hearing date for this matter, at which the

5          objections raised shall be considered and after which the Court may

6          enter a further order approving the administrative levy on the

7          Property, to be executed by any authorized officer of the IRS.

8    Respectfully submitted this 9th day of November, 2018.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*s/ Yael Bortnick*
YAEL BORTNICK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-514-6632 (v)
202-307-0054 (f)
Yael.Bortnick@usdoj.gov

JOSEPH HARRINGTON
United States Attorney
*Of Counsel*

*Attorneys for the United States of America*

**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 514-6632

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

## DEFENDANTS
Jeff Raven and Melinda Raven

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Yael Bortnick, 202-514-6632
U.S. Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station, Washington, DC 20044

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government Plaintiff

☐ 3   Federal Question
*(U.S. Government Not a Party)*

☐ 2   U.S. Government Defendant

☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | |
| | | | | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another District *(specify)*   ☐ 6 Multidistrict Litigation - Transfer   ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 U.S.C. 6334
Brief description of cause:
Petition for judicial approval of levy upon a principal residence

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** _____

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE
11/09/2018

SIGNATURE OF ATTORNEY OF RECORD
/s/ Yael Bortnick

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**    **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   **(b)**    **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   **(c)**    **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**    **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked**.** (See Section III below**; NOTE: federal question actions take precedence over diversity cases.**)

**III.**    **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**    **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**    **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket. **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**    **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.**    **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**    **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

YAEL BORTNICK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-514-6632 (v)
202-307-0054 (f)
Yael.Bortnick@tax.usdoj.gov

Of Counsel:
JOSEPH HARRINGTON
United States Attorney

*Attorneys for the United States*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| In the Metter of the Tax Indebtedness of JEFF AND MELINDA RAVEN | Case No. **DECLARATION OF RICHARD A. PED** |

I, Richard A. Ped, pursuant to the provisions of 28 U.S.C. § 1746 and in support of the United States' Petition for Judicial Approval of Levy Upon Principal Residence, declare that:

1.     I am a duly commissioned Revenue Officer of the Small Business/Self-Employed Division of the Internal Revenue Service, with a post of duty in Seattle, Washington.

2.     In my capacity as a Revenue Officer, I have reviewed the collection efforts undertaken in pursuit of the unpaid individual federal income tax (Form 1040) liabilities of Jeff and Melinda Raven for tax years 2009 through 2016 and

Decl. of Richard Ped
Page 1 of 6

**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 514-6632

1  Jeff Raven's employment tax liabilities (Form 941) for the periods ending

2  September 30, 2012, December 31, 2012, and June 30, 2014 and his civil penalty

3  liability (26 U.S.C. § 6721) for tax year 2013.

4      3.    The property upon which the Internal Revenue Service desires to levy

5  is located at 306 Fircrest Drive, Cashmere, WA 98815 (the "Subject Property"),

6  and is legally described as follows:

7        LOT 5 AND 6, FIR CREST ADDITION TO CASHMERE, CHELAN
      COUNTY, WASHINGTON, ACCORDING TO THE PLAT

8        THEREOF RECORDED IN VOLUME 7 OF PLATS, PAGE 9.

9        SITUATE IN THE COUNTY OF CHELAN, STATE OF
      WASHINGTON.

10

11      4.    I have examined the administrative files of the Internal Revenue

12  Service concerning the tax liabilities at issue for Mr. and Mrs. Raven, including a

13  Statutory Warranty Deed and a property report for the Subject Property. These

14  records reflect that Mr. and Mrs. Raven have an ownership interest in the Subject

15  Property, and that their equity in the Subject Property exceeds $5,000.

16  Furthermore, upon information and belief, the Subject Property is Mr. and Mrs.

17  Raven's principal residence, within the meaning of 26 U.S.C. 121. A true and

18  correct copy of the property report I received on the Subject Property and a true

19  and correct copy the Statutory Warranty Deed are attached to this declaration as

20  Exhibits A and B, respectively.

22      5.    I have examined the records of the Internal Revenue Service, and

23  those records reflect that a duly authorized delegate of the Secretary of the

24  Treasury made assessments against Mr. and Mrs. Raven for unpaid federal income

Decl. of Richard Ped
Page 2 of 6

**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 514-6632

taxes, penalties, and other statutory additions in the amounts and for the periods indicated:

| Tax Period | Tax Type | Assessment Date | Assessment Amount and Type of Assessment | | Unpaid Balance |
|---|---|---|---|---|---|
| 2009 | 1040 | 04/04/2011 | Tax Assessed: | $17,825.00 | |
| | | " | Estimated Tax Penalty: | $358.00 | |
| | | " | Late Filing Penalty: | $3,830.62 | |
| | | " | Failure to Pay Penalty: | $1,021.50 | |
| | | " | Interest Assessed: | $771.56 | |
| | | 05/20/2013 | Failure to Pay Penalty: | $3,139.74 | |
| | | 05/16/2016 | Interest Assessed: | $4,067.77 | |
| | | 10/23/2017 | Interest Assessed: | $1,459.06 | |
| | | 10/22/2018 | Interest Assessed: | $1,022.9 | $22,636.15* |
| 2010 | 1040 | 11/21/2011 | Tax Assessed: | $29,293.00 | |
| | | " | Estimated Tax Penalty: | $405.68 | |
| | | " | Failure to Pay Penalty: | $1,134.71 | |
| | | " | Interest Assessed: | $651.40 | |
| | | 02/06/2012 | Fees and Collection Costs: | $170.00 | |
| | | 05/20/2013 | Failure to Pay Penalty: | $2,061.97 | |
| | | 05/16/2016 | Interest Assessed: | $4,536.53 | |
| | | " | Failure to Pay Penalty: | $3,711.55 | |
| | | 10/23/2017 | Interest Assessed: | $2,375.57 | |
| | | 10/22/2018 | Interest Assessed: | $1,980.48 | $44,606.35* |
| 2011 | 1040 | 05/22/2017 | Tax Assessed: | $8,197.00 | |
| | | " | Estimated Tax Penalty: | $134.00 | |
| | | " | Late Filing Penalty: | $1,519.42 | |
| | | " | Failure to Pay Penalty: | $1,668.25 | |
| | | " | Interest Assessed: | $1,451.32 | |
| | | 08/07/2017 | Fees and Collection Costs: | $196.00 | |
| | | 10/22/2018 | Interest Assessed: | $754.04 | $12,520.02* |
| 2012 | 1040 | 05/15/2017 | Tax Assessed: | $23,949.00 | |
| | | " | Estimated Tax Penalty: | $25.00 | |
| | | " | Late Filing Penalty: | $5,338.52 | |
| | | " | Failure to Pay Penalty: | $5,867.50 | |
| | | " | Interest Assessed: | $4,103.85 | |
| | | 07/03/2017 | Fees and Collection Costs: | $196.00 | |
| | | 10/22/2018 | Interest Assessed: | $2,575.58 | |
| | | " | Failure to Pay Penalty: | $119.75 | $42,306.25* |

**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 514-6632

| 2014 | 1040 | 11/20/2017 | Tax Assessed: | $16,900.00 | |
| | | " | Estimated Tax Penalty: | $303.46 | |
| | | " | Late Filing Penalty: | $3,802.50 | |
| | | " | Failure to Pay Penalty: | $2,704.00 | |
| | | " | Interest Assessed: | $2,049.21 | |
| | | 02/12/2018 | Fees and Collection Costs: | $198.00 | $28,653.46* |
| 2015 | 1040 | 11/27/2017 | Tax Assessed: | $3,838.00 | |
| | | " | Late Filing Penalty: | $863.55 | |
| | | " | Failure to Pay Penalty: | $383.80 | |
| | | " | Interest Assessed: | $314.17 | $5,245.47* |
| 2016 | 1040 | 11/20/2017 | Tax Assessed: | $23,467.00 | |
| | | " | Failure to Pay Penalty: | $938.68 | |
| | | " | Interest Assessed: | $569.99 | $28,572.40* |
| | | | **Total:** | | **$184,540.10** |

\* Unpaid Balance as of November 5, 2018

Additionally, I have examined the records of the Internal Revenue Service, and those records reflect that a duly authorized delegate of the Secretary of the Treasury made assessments against Mr. Raven for unpaid federal employment taxes (Form 941) and civil penalties (26 U.S.C. § 6721), penalties, and other statutory additions and in the amounts and for the periods indicated:

| Tax Period | Tax Type | Assessment Date | Assessment Amount and Type of Assessment | | Unpaid Balance |
|---|---|---|---|---|---|
| 09/2012 | 941 | 01/07/2013 | Tax Assessed: | $7,574.43 | |
| | | 11/19/2012 | Dishonored Check Penalty: | $69.93 | |
| | | 01/07/2013 | Tax Deposit Penalty: | $553.55 | |
| | | " | Failure to Pay Penalty: | $52.41 | |
| | | " | Interest Assessed: | $19.83 | |
| | | 02/18/2013 | Tax Deposit Penalty: | $174.83 | |
| | | 02/06/2017 | Fees and Collection Costs: | $196.00 | |
| | | 11/27/2017 | Interest Assessed: | $746.95 | |
| | | " | Failure to Pay Penalty: | $793.61 | $651.85** |
| 12/2012 | 941 | 04/08/2013 | Tax Assessed: | $2,808.07 | |
| | | " | Tax Deposit Penalty: | $280.81 | |
| | | " | Failure to Pay Penalty: | $42.12 | |
| | | " | Interest Assessed: | $15.51 | |
| | | 05/13/2013 | Tax Deposit Penalty: | $140.40 | |
| | | 11/27/2017 | Interest Assessed: | $553.40 | |
| | | " | Failure to Pay Penalty: | $659.90 | $4,696.20** |

**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 514-6632

| 06/2014 | 941 | 10/06/2014 | Tax Assessed: | $7,840.60 | |
| | | " | Failure to Pay Penalty: | $117.61 | |
| | | " | Interest Assessed: | $43.29 | |
| | | 11/27/2017 | Interest Assessed: | $938.00 | |
| | | " | Failure to Pay Penalty: | $1,842.54 | $11,251.59** |
| 2013 | § 6721 | 10/03/2016 | Failure to File Penalty: | $1,663.22 | |
| | | 11/27/2017 | Interest Assessed: | $78.29 | $1,822.58*** |
| | | | **Total:** | | **$18,422.22** |

** Unpaid Balance as of October 29, 2018
*** Unpaid Balance as of November 19, 2018

True and correct copies of Account Transcripts reflecting the amounts owing are attached as Exhibit C.

6.    Notice of the assessments and demand for payment was duly given to Mr. and Mrs. Raven. Despite timely notice and demand for payment of the assessments described in Paragraph 5 above, Mr. and Mrs. Raven have neglected or refused to make full payment to the United States. After all abatements, payments, and credits, the total outstanding balance for tax years 2009 through 2016 is $184,540.10 as of November 5, 2018, plus interest accruing thereafter; the total outstanding balance for the federal employment tax liabilities for the periods ending September 30, 2012, December 31, 2012, and June 30, 2014 is $16,599.64 as of October 29, 2018, plus interest and other statutory additions accruing thereafter; and the total outstanding balance for the civil penalty liability for tax year 2013 is $1,822.58 as of November 19, 2018, plus interest and other statutory additions accruing thereafter.

7.    The Internal Revenue Service has followed the requirements of applicable law and administrative procedures relevant to levy upon the Property.

**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 514-6632

1       8.    The Internal Revenue Service has attempted to satisfy these liabilities

2   from assets other than the Subject Property, and no reasonable alternative exists to

3   satisfy the unpaid tax liabilities described above.

4       I declare under penalty of perjury that the foregoing is true and correct.

5   Executed on the _8TH_ day of _November_, 2018.

6

7   *Richard a Ped*

    RICHARD A. PED

8       Revenue Officer
    Internal Revenue Service

9

10

11

12

13

14

15

16

17

18

19

20

22

23

24

Decl. of Richard Ped
Page 6 of 6

**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 514-6632

Exhibit A

ANDERTON TECHNOLOGY
& CONSULTANTS, LLC.
A SERVICE DISABLED VETERAN OWNED COMPANY

5523 Research Park
Drive Suite 260
Baltimore, MD 21044
**(410) 910-0491 Ext:101**

# Property Report

This Property Report has been prepared for the confidential and exclusive use of the client named herein. This Property Report is not intended and should not be considered as any form of title guaranty or title insurance. Unless otherwise stated in a contractual agreement, maximum liability for errors and omissions shall not exceed the fee paid for this Property Report.

## General Information

Valu No.:     1274029437
Loan No.:     POR2017061300021

Report Date: 06/14/2017
Effective Date: 06/12/2017

Customer:     **JEFF W RAVEN**
              **MELINDA RAVEN**

Client: **Internal Revenue Service**

**306 FIRCREST DRIVE**
**CASHMERE, WA 98815**

## Deed Information

Present Title Holder(Grantee): JEFFREY RAVEN AND MELINDA RAVEN, HUSBAND AND WIFE

From Whom Acquired(Grantor): JOHN MACPHERSON AND SUZANNE MACPHERSON, HUSBAND AND WIFE

| Deed Date | Deed Recorded | Instrument # | Consideration |
|---|---|---|---|
| 05/19/2005 | 05/31/2005 | 2200858 | $10.00 |

Additional Recorded Information:

Assessment

| Land | Building | Exempt | Total |
|---|---|---|---|
| $79,200.00 | $295,951.00 | | $375,151.00 |

## Mortgages/Deeds of Trust

### 1. Mortgage Holder: MERS, INC. AS NOMINEE FOR COUNTRYWIDE HOME LOANS INC

Signed By:     JEFFREY RAVEN AND MELINDA RAVEN
Open Ended:     NO     Credit Limit

| Mtg Date | Mtg Recorded | Instrument # | Amount |
|---|---|---|---|
| 03/26/2008 | 04/11/2008 | 2279318 | $252,000.00 |

Assignment
Assigned To: FEDERAL NATIONAL MORTGAGE ASSOCIATION

| Date | Recorded | Instrument # |
|---|---|---|
| | 12/29/2014 | 2411403 |

Additional Recorded Information:
MODIFICATION AGREEMENT FILED 11/29/2016 INSTRUMENT NO. 2448515

### 2. Mortgage Holder: WASHINGTON TRUST BANK

Signed By:     JEFFREY RAVEN AND MELINDA RAVEN
Open Ended:     YES     Credit Limit $60,000.00

| Mtg Date | Mtg Recorded | Instrument # | Amount |
|---|---|---|---|
| 02/11/2010 | 02/26/2010 | 2319747 | $60,000.00 |

Assignment
Assigned To:

| Date | Recorded | Volume/Page |
|---|---|---|
| | | / |

Additional Recorded Information:

## Taxes and Assessments

Parcel ID Number: 21277                951.0



| | | | | | |
|---|---|---|---|---|---|
| Land: | $79,200.00 | Building: $295,951.00 | Exempt: | | Total: $375,151.00 |
| Type: | ALL | Year: 2017 | Period: 1ST HALF | | Status: PAID |
| Amount: | $2,459.11 | Due Date: | Tax ID: 21277 | | |

Additional Information:

Parcel ID Number: 21277

| | | | | | |
|---|---|---|---|---|---|
| Land: | $79,200.00 | Building: $295,951.00 | Exempt: | | Total: $375,151.00 |
| Type: | ALL | Year: 2017 | Period: 2ND HALF | | Status: OPEN |
| Amount: | $2,459.03 | Due Date: 10/31/2017 | Tax ID: 21277 | | |

Additional Information:

---

## Judgments

1. Judgment Type:                      Defendant SSN:    --
Plaintiff:              CRYSTALITE, INC.      Defendant Address:
Plaintiff Attorney:
Defendant:           JEFF W. RAVEN AND MELINDA RAVEN ET AL
Defendant Attorney:

| Judgment Recorded | Docket # | Instrument # | Amount |
|---|---|---|---|
| 04/23/2015 | 15-2-02115-8 | 2416971 | $31,821.82 |

Additional Recorded Information:

2. Judgment Type:                      Defendant SSN: --
Plaintiff:              WASHINGTON TRUST BANK      Defendant Address:
Plaintiff Attorney:
Defendant:           JEFF W. RAVEN ET AT
Defendant Attorney:

| Judgment Recorded | Docket # | Instrument # | Amount |
|---|---|---|---|
| 09/17/2015 | 15203721-2 | 2425331 | $34,461.03 |

Additional Recorded Information:

3. Judgment Type:                      Defendant SSN: --
Plaintiff:              WESTERN RANCH BUILDING, LLC      Defendant Address:
Plaintiff Attorney:
Defendant:           JEFF RAVEN AND MELINDA RAVEN ET AL
Defendant Attorney:

| Judgment Recorded | Docket # | Instrument # | Amount |
|---|---|---|---|
| 02/09/2016 | 16-2 00087 2 | 2432353 | $15,748.68 |

Additional Recorded Information:

4. Judgment Type: FEDERAL TAX LIEN          Defendant SSN: 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
Plaintiff:              DEPT. OF TREASURY - INTERNAL REVENUE SERVICE      Defendant Address: PO BOX 2227 WENATCHEE, WA 98807-2227
Plaintiff Attorney:
Defendant:           JEFF & MELINDA RAVEN

ANCHORTECHNOLOGY
& CONSULTANTS, LLC.
A SERVICE DISABLED VETERAN OWNED COMPANY

Order No. 1274029437

Defendant Attorney:

| Judgment Recorded | Docket # | Instrument # | Amount |
|---|---|---|---|
| 10/10/2011 | | 2350226 | $34,810.05 |

Additional Recorded Information:

5.   Judgment Type: FEDERAL TAX LIEN                                Defendant SSN: 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
Plaintiff:          DEPT. OF TREASURY -           Defendant Address: PO BOX 2227 WENATCHEE, WA
                    INTERNAL REVENUE SERVICE                         98807-2227
Plaintiff Attorney:
Defendant:          JEFF & MELINDA RAVEN
Defendant Attorney:

| Judgment Recorded | Docket # | Instrument # | Amount |
|---|---|---|---|
| 01/03/2012 | | 2354193 | $29,684.79 |

Additional Recorded Information:

6.   Judgment Type: FEDERAL TAX LIEN                                Defendant SSN: 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
Plaintiff:          DEPT. OF TREASURY -           Defendant Address: PO BOX 2227 WENATCHEE, WA
                    INTERNAL REVENUE SERVICE                         98807-2227
Plaintiff Attorney:
Defendant:          JEFF W. RAVEN ET AT
Defendant Attorney:

| Judgment Recorded | Docket # | Instrument # | Amount |
|---|---|---|---|
| 01/03/2017 | | 2450618 | $17,084.84 |

Additional Recorded Information:

7.   Judgment Type: FEDERAL TAX LIEN                                Defendant SSN: 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
Plaintiff:          DEPT. OF TREASURY -           Defendant Address: PO BOX 2227 WENATCHEE, WA
                    INTERNAL REVENUE SERVICE                         98807-2227
Plaintiff Attorney:
Defendant:          JEFF W. RAVEN ET AT
Defendant Attorney:

| Judgment Recorded | Docket # | Instrument # | Amount |
|---|---|---|---|
| 06/01/2017 | | 2458470 | $82,185.04 |

Additional Recorded Information:

---

## Mortgage Filing Signature

JEFFREY
RAVEN
MELINDA
RAVEN

---

For questions or additional information, please contact Anchor Technology & Consultants Real Estate
Department.
### Real Estate Department
(410) 910-0491 x101
Fax:(410) 910-0449
titles@anchortc.com

## EXHIBIT A PROPERTY DESCRIPTION

**LEGAL DESCRIPTION**

LAND REFERRED TO IN THIS REPORT IS DESCRIBED AS ALL THAT CERTAIN PROPERTY SITUATED IN CITY OF CASHMERE IN THE COUNTY OF CHELAN, AND STATE OF WASHINGTON AND BEING DESCRIBED IN A DEED DATED 05/19/2005 AND RECORDED 05/31/2005 AS INSTRUMENT NUMBER 2200858 AMONG THE LAND RECORDS OF THE COUNTY AND STATE SET FORTH ABOVE, AND REFERENCED AS FOLLOWS:

LOT 5 AND 6, FIR CREST ADDITION TO CASHMERE, CHELAN COUNTY, WASHINGTON, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 7 OF PLATS, PAGE 9.

PARCEL NO. 21277

COMMONLY KNOWN AS:

**306 FIRCREST DRIVE, CASHMERE, WA 98815**

Exhibit B



2200858
Page: 1 of 2
05/31/2005 03:23P
TRANSNATION TITLE INS CO      0   $ 28.00   Chelan Co, WA

After recording return to:
Jeffrey Raven
Melinda Raven
306 Fir Crest Drive
Cashmere, WA  98815



0128285
REAL ESTATE EXCISE TAX
PAID $ 4,666.50
Chelan County Treasurer
David E. Griffiths, CPA
By_____ 5/31/05
            Deputy

Legal Description (abbreviated):  Lot(s)  5 - 6, of Fir Crest Addition
Additional Legal on page:
Assessor's Tax Parcel ID#:  23 19 04 570 025
Reference:  20137202-602-TM3

## STATUTORY WARRANTY DEED

THE GRANTOR(S) **John MacPherson and Suzanne MacPherson, husband and wife,** for and in consideration of Ten ($10.00) Dollars and other good and valuable consideration in hand paid, conveys and warrants to **Jeffrey Raven and Melinda Raven, husband and wife** the following described real estate, situated in the County of **Chelan**, State of **Washington**:

LOT 5 AND 6, FIR CREST ADDITION TO CASHMERE, CHELAN COUNTY, WASHINGTON, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 7 OF PLATS, PAGE 9.

SITUATE IN THE COUNTY OF CHELAN, STATE OF WASHINGTON.

Subject to:  See Exhibit A attached hereto and made a part hereof.

Dated:  **May 19, 2005**

**SELLERS:**

_John C MacPherson_

John MacPherson

_Suzanne MacPherson_

Suzanne MacPherson

State of <u>Washington</u>
                                        SS:
County of _Chelan_

On this _19th_ day of _May_ , _2005_ , before me personally appeared
_John MacPherson and Suzanne MacPherson_ to me known to be the individual(s) described in and who executed the within and foregoing instrument, and acknowledged that _they_ signed the same as _their_ free and voluntary act and deed for the uses and purposes therein mentioned.
Given under my hand and official seal the day and year last above written.

_Cori D Morrow_

Notary Public in and for the State of _Washington_
Residing at _East Wenatchee_
My Appointment expires: ___07/01/05___ .

Statutory Warranty Deed                                                    LPB-10 (7/97)

**TRANSNATION TITLE INSURANCE COMPANY**

2200858
Page: 2 of 2
05/31/2005 03:23P
TRANSNATION TITLE INS CO          C    $ 28 00   Chelan Co, WA

Exhibit A

1.   ANY UNPAID ASSESSMENTS OR CHARGES, AND LIABILITY FOR FURTHER ASSESSMENTS
     OR CHARGES BY THE CITY OF CASHMERE

2.   RIGHT OF THE PUBLIC TO MAKE NECESSARY SLOPES FOR CUTS OR FILLS UPON THE LAND
     HEREIN DESCRIBED IN THE REASONABLE ORIGINAL GRADING OF STREETS, AVENUES,
     ALLEYS AND ROADS, AS DEDICATED IN THE PLAT.

3.   THIS LAND IS INCLUDED IN THE ICICLE IRRIGATION DISTRICT AND IS SUBJECT TO THE
     LAWS AND REGULATIONS OF THE UNITED STATES AND THE STATE OF WASHINGTON
     APPLICABLE TO THE PROJECT AND IS LIABLE FOR FURTHER ASSESSMENTS, IF ANY,
     LEVIED BY THE DISTRICT, AND SUBJECT TO EASEMENTS FOR LATERAL DITCHES AND
     PIPELINES USED IN CONNECTION WITH THE DISTRICT'S IRRIGATION SYSTEM.

4.   EASEMENT AND THE TERMS AND CONDITIONS THEREOF:

     PURPOSE:            ELECTRIC TRANSMISSION AND DISTRIBUTION LINE
     AREA AFFECTED:      A PORTION OF SAID PREMISES
     RECORDING NO.       BOOK 211, PAGE 164

5.   EASEMENT AND THE TERMS AND CONDITIONS THEREOF:

     PURPOSE:            ELECTRIC TRANSMISSION AND DISTRIBUTION LINE
     AREA AFFECTED:      A PORTION OF SAID PREMISES
     RECORDING NO.       671927

6.   EASEMENT AND THE TERMS AND CONDITIONS THEREOF:

     PURPOSE:            WATER LINE
     AREA AFFECTED:      A PORTION OF SAID PREMISES
     RECORDING NO.       781128

7.   ALL COVENANTS, CONDITIONS, RESTRICTIONS, RESERVATIONS, EASEMENTS OR OTHER
     SERVITUDES, IF ANY, DISCLOSED BY PLAT.

8.   COVENANTS, CONDITIONS AND RESTRICTIONS IMPOSED BY INSTRUMENT RECORDED ON
     SEPTEMBER 4, 1973, UNDER RECORDING NO. 734023.

     NOTE:  RESTRICTIONS INDICATING ANY PREFERENCE, LIMITATION OF DISCRIMINATION
     BASED ON RACE, COLOR, RELIGION, SEX, HANDICAP, FAMILIAL STATUS OR NATIONAL
     ORIGIN HAVE BEEN DELETED.

9.   COVENANTS, CONDITIONS AND RESTRICTIONS IMPOSED BY INSTRUMENT RECORDED
     UNDER RECORDING NO. 734023 AND 802529.

Exhibit C



# Internal Revenue Service
### United States Department of the Treasury

---

| This Product Contains Sensitive Taxpayer Data |
|:---:|

# Account Transcript

|  |  |
|---|---|
| Request Date: | 10-18-2018 |
| Response Date: | 10-18-2018 |
| Tracking Number: | 100413595854 |

FORM NUMBER:        1040

TAX PERIOD:        Dec. 31, 2009

TAXPAYER IDENTIFICATION NUMBER:        XXX-XX-

SPOUSE TAXPAYER IDENTIFICATION NUMBER:        XXX-XX-

RAVE

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 22,592.78 | |
| ACCRUED INTEREST: | 43.37 | AS OF: Nov. 05, 2018 |
| ACCRUED PENALTY: | 0.00 | AS OF: Nov. 05, 2018 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):        22,636.15

**\*\* INFORMATION FROM THE RETURN OR AS ADJUSTED \*\***

| | |
|---|---|
| EXEMPTIONS: | 04 |
| FILING STATUS: | Married Filing Joint |
| ADJUSTED GROSS INCOME: | 78,535.00 |
| TAXABLE INCOME: | 39,350.00 |
| TAX PER RETURN: | 17,825.00 |
| SE TAXABLE INCOME TAXPAYER: | 61,193.00 |
| SE TAXABLE INCOME SPOUSE: | 28,745.00 |
| TOTAL SELF EMPLOYMENT TAX: | 13,761.00 |

| | |
|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Feb. 13, 2011 |
| PROCESSING DATE | Apr. 04, 2011 |

| TRANSACTIONS |
|:---:|

**CODE EXPLANATION OF TRANSACTION          CYCLE   DATE              AMOUNT**

| 150 | Tax return filed | 20111208 | 04-04-2011 | $17,825.00 |
|---|---|---|---|---|
| n/a | 89221-064-41042-1 | | | |
| 140 | Inquiry for non-filing of tax return | | 12-06-2010 | $0.00 |
| 971 | Notice issued CP 0059 | | 12-27-2010 | $0.00 |
| 766 | Credit to your account | | 04-15-2010 | -$800.00 |
| 170 | Penalty for not pre-paying tax 05-04-2021 | 20111208 | 04-04-2011 | $358.00 |
| 166 | Penalty for filing tax return after the due date 05-04-2021 | 20111208 | 04-04-2011 | $3,830.62 |
| 276 | Penalty for late payment of tax | 20111208 | 04-04-2011 | $1,021.50 |
| 196 | Interest charged for late payment | 20111208 | 04-04-2011 | $771.56 |
| 971 | Notice issued CP 0014 | | 04-04-2011 | $0.00 |
| 670 | Payment | | 04-08-2011 | -$500.00 |
| 971 | Tax period blocked from automated levy program | | 09-19-2011 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 09-05-2011 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 09-05-2011 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | | 09-08-2011 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | | 09-08-2011 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 10-06-2011 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 10-26-2011 | $0.00 |
| 971 | Installment agreement established | | 02-11-2012 | $0.00 |
| 971 | Tax period blocked from automated levy program | | 08-20-2012 | $0.00 |
| 971 | No longer in installment agreement status | | 08-13-2012 | $0.00 |
| 971 | Notice issued CP 071C | | 05-20-2013 | $0.00 |
| 276 | Penalty for late payment of tax | 20131805 | 05-20-2013 | $3,139.74 |
| 706 | Credit transferred in from 1040 201312 | | 03-03-2014 | -$1,827.48 |
| 971 | Notice issued CP 071C | | 05-16-2016 | $0.00 |
| 196 | Interest charged for late payment | 20161705 | 05-16-2016 | $4,067.77 |
| 670 | Payment Levy | | 12-29-2016 | -$778.77 |
| 670 | Payment Levy | | 01-09-2017 | -$142.73 |
| 960 | Appointed representative | | 01-17-2017 | $0.00 |
| 971 | First Levy Issued on Module | | 01-06-2017 | $0.00 |

| 670 | Payment<br>Levy | | 01-31-2017 | -$694.98 |
|-----|-----------------|--|------------|----------|
| 670 | Payment<br>Levy | | 02-15-2017 | -$373.66 |
| 670 | Payment<br>Levy | | 02-17-2017 | -$3,623.36 |
| 670 | Payment<br>Levy | | 02-21-2017 | -$10.00 |
| 670 | Payment<br>Levy | | 03-02-2017 | ~$120.05 |
| 670 | Payment<br>Levy | | 03-27-2017 | -$5.20 |
| 670 | Payment<br>Levy | | 04-11-2017 | -$152.03 |
| 670 | Payment<br>Levy | | 05-26-2017 | -$1,324.71 |
| 670 | Payment<br>Levy | | 07-31-2017 | -$50.43 |
| 971 | Notice issued<br>CP 071D | | 10-23-2017 | $0.00 |
| 196 | Interest charged for late payment | 20174005 | 10-23-2017 | $1,459.06 |
| 670 | Payment | | 08-17-2018 | -$500.00 |
| 971 | Notice issued<br>CP 071D | | 10-22-2018 | $0.00 |
| 196 | Interest charged for late payment | 20184005 | 10-22-2018 | $1,022.93 |

```
This Product Contains Sensitive Taxpayer Data
```



# Internal Revenue Service
United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
| :---: |

## Account Transcript

|  |  |
| ---: | ---: |
| Request Date: | 10-18-2018 |
| Response Date: | 10-18-2018 |
| Tracking Number: | 100413595854 |

FORM NUMBER:      1040
TAX PERIOD:       Dec. 31, 2010

TAXPAYER IDENTIFICATION NUMBER:         XXX-XX
SPOUSE TAXPAYER IDENTIFICATION NUMBER:  XXX-XX

RAVE

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
| --- | ---: | --- |
| ACCOUNT BALANCE: | 44,520.89 | |
| ACCRUED INTEREST: | 85.46 | AS OF: Nov. 05, 2018 |
| ACCRUED PENALTY: | 0.00 | AS OF: Nov. 05, 2018 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):          44,606.35

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
| --- | ---: |
| EXEMPTIONS: | 04 |
| FILING STATUS: | Married Filing Joint |
| ADJUSTED GROSS INCOME: | 125,361.00 |
| TAXABLE INCOME: | 89,221.00 |
| TAX PER RETURN: | 29,293.00 |
| SE TAXABLE INCOME TAXPAYER: | 72,045.00 |
| SE TAXABLE INCOME SPOUSE: | 24,930.00 |
| TOTAL SELF EMPLOYMENT TAX: | 14,837.00 |

| | |
| --- | --- |
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Oct. 17, 2011 |
| PROCESSING DATE | Nov. 21, 2011 |

| TRANSACTIONS |
| :---: |

**CODE EXPLANATION OF TRANSACTION**         **CYCLE DATE**          **AMOUNT**

| 150 | Tax return filed | 20114508 | 11-21-2011 | $29,293.00 |
| n/a | 80221-291-60077-1 | | | |
| 460 | Extension of time to file tax return ext. Date 10-15-2011 | | 04-15-2011 | $0.00 |
| 610 | Payment with return | | 10-24-2011 | -$1,000.00 |
| 766 | Credit to your account | | 04-15-2011 | -$800.00 |
| 176 | Penalty for not pre-paying tax 12-21-2021 | 20114508 | 11-21-2011 | $405.68 |
| 276 | Penalty for late payment of tax | 20114508 | 11-21-2011 | $1,134.71 |
| 196 | Interest charged for late payment | 20114508 | 11-21-2011 | $651.40 |
| 971 | Notice issued CP 0014 | | 11-21-2011 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 12-30-2011 | $0.00 |
| 360 | Fees and other expenses for collection | | 02-06-2012 | $170.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 01-03-2012 | $0.00 |
| 971 | Installment agreement established | | 02-11-2012 | $0.00 |
| 971 | Tax period blocked from automated levy program | | 08-20-2012 | $0.00 |
| 971 | No longer in installment agreement status | | 08-13-2012 | $0.00 |
| 971 | Notice issued CP 071C | | 05-20-2013 | $0.00 |
| 276 | Penalty for late payment of tax | 20131805 | 05-20-2013 | $2,061.97 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 05-09-2014 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 05-09-2014 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- undeliverable | | 05-15-2014 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaimed | | 06-09-2014 | $0.00 |
| 971 | Notice issued CP 071C | | 05-16-2016 | $0.00 |
| 196 | Interest charged for late payment | 20161705 | 05-16-2016 | $4,536.53 |
| 276 | Penalty for late payment of tax | 20161705 | 05-16-2016 | $3,711.55 |
| 960 | Appointed representative | | 01-17-2017 | $0.00 |
| 971 | First Levy Issued on Module | | 01-06-2017 | $0.00 |
| 971 | Notice issued CP 071D | | 10-23-2017 | $0.00 |
| 196 | Interest charged for late payment | 20174005 | 10-23-2017 | $2,375.57 |
| 971 | Notice issued CP 071D | | 10-22-2018 | $0.00 |
| 196 | Interest charged for late payment | 20184005 | 10-22-2018 | $1,980.48 |

```
This Product Contains Sensitive Taxpayer Data
```



# Internal Revenue Service
### United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
|---|

# Account Transcript

|  |  |
|---|---|
| Request Date: | 10-18-2018 |
| Response Date: | 10-18-2018 |
| Tracking Number: | 100413595854 |

FORM NUMBER:     1040

TAX PERIOD:     Dec. 31, 2011

TAXPAYER IDENTIFICATION NUMBER:        XXX-XX-[  ]
SPOUSE TAXPAYER IDENTIFICATION NUMBER:  XXX-XX-[  ]

RAVE

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

    --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 12,496.03 | |
| ACCRUED INTEREST: | 23.99 | AS OF: Nov. 05, 2018 |
| ACCRUED PENALTY: | 0.00 | AS OF: Nov. 05, 2018 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):        12,520.02

        ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 04 |
| FILING STATUS: | Married Filing Joint |
| ADJUSTED GROSS INCOME: | 52,395.00 |
| TAXABLE INCOME: | 16,932.00 |
| TAX PER RETURN: | 8,197.00 |
| SE TAXABLE INCOME TAXPAYER: | 29,410.00 |
| SE TAXABLE INCOME SPOUSE: | 26,785.00 |
| TOTAL SELF EMPLOYMENT TAX: | 7,474.00 |

| | |
|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Mar. 31, 2017 |
| PROCESSING DATE | May  22, 2017 |

| TRANSACTIONS |
|---|

**CODE EXPLANATION OF TRANSACTION          CYCLE  DATE          AMOUNT**

| 150 | Tax return filed | 20171805 | 05-22-2017 | $8,197.00 |
|---|---|---|---|---|
| n/a | 09221-107-97327-7 | | | |
| 460 | Extension of time to file tax return ext. Date 10-15-2012 | | 04-15-2012 | $0.00 |
| 140 | Inquiry for non-filing of tax return | | 04-15-2013 | $0.00 |
| 971 | Notice issued CP 0059 | | 05-06-2013 | $0.00 |
| 960 | Appointed representative | | 01-17-2017 | $0.00 |
| 595 | Account referred for review | | 02-06-2017 | $0.00 |
| 766 | Credit to your account | | 04-15-2012 | -$855.00 |
| 766 | Credit to your account | | 04-15-2012 | -$589.00 |
| 170 | Penalty for not pre-paying tax 05-22-2027 | 20171805 | 05-22-2017 | $134.00 |
| 166 | Penalty for filing tax return after the due date 05-22-2027 | 20171805 | 05-22-2017 | $1,519.42 |
| 276 | Penalty for late payment of tax | 20171805 | 05-22-2017 | $1,688.25 |
| 196 | Interest charged for late payment | 20171805 | 05-22-2017 | $1,451.32 |
| 971 | Notice issued CP 0014 | | 05-22-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 07-06-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 07-06-2017 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 07-14-2017 | $0.00 |
| 360 | Fees and other expenses for collection | | 08-07-2017 | $196.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 07-18-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | | 07-20-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | | 07-20-2017 | $0.00 |
| 971 | First Levy Issued on Module | | 10-09-2017 | $0.00 |
| 971 | Notice issued CP 071D | | 10-22-2018 | $0.00 |
| 196 | Interest charged for late payment | 20184005 | 10-22-2018 | $754.04 |

```
This Product Contains Sensitive Taxpayer Data
```



# Internal Revenue Service
### United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
| --- |

# Account Transcript

| | |
| --- | --- |
| Request Date: | 10-18-2018 |
| Response Date: | 10-18-2018 |
| Tracking Number: | 100413595854 |

FORM NUMBER:     1040

TAX PERIOD:      Dec. 31, 2012

TAXPAYER IDENTIFICATION NUMBER:         XXX-XX-

SPOUSE TAXPAYER IDENTIFICATION NUMBER:  XXX-XX-

RAVE

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
| --- | --- | --- |
| ACCOUNT BALANCE: | 42,225.20 | |
| ACCRUED INTEREST: | 81.05 | AS OF: Nov. 05, 2018 |
| ACCRUED PENALTY: | 0.00 | AS OF: Nov. 05, 2018 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):          42,306.25

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
| --- | --- |
| EXEMPTIONS: | 04 |
| FILING STATUS: | Married Filing Joint |
| ADJUSTED GROSS INCOME: | 102,169.00 |
| TAXABLE INCOME: | 74,065.00 |
| TAX PER RETURN: | 23,949.00 |
| SE TAXABLE INCOME TAXPAYER: | 100,526.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 13,370.00 |

| | |
| --- | --- |
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Mar. 27, 2017 |
| PROCESSING DATE | May 15, 2017 |

| TRANSACTIONS |
| --- |

**CODE  EXPLANATION OF TRANSACTION              CYCLE  DATE              AMOUNT**

| 150 | Tax return filed | 20171705 05-15-2017 | $23,949.00 |
|---|---|---|---|
| n/a | 18221-105-33044-7 | | |
| 460 | Extension of time to file tax return ext. Date 10-15-2013 | 04-15-2013 | $0.00 |
| 960 | Appointed representative | 01-17-2017 | $0.00 |
| 595 | Account referred for review | 02-06-2017 | $0.00 |
| 170 | Penalty for not pre-paying tax 05-15-2027 | 20171705 05-15-2017 | $25.00 |
| 166 | Penalty for filing tax return after the due date 05-15-2027 | 20171705 05-15-2017 | $5,388.52 |
| 276 | Penalty for late payment of tax | 20171705 05-15-2017 | $5,867.50 |
| 196 | Interest charged for late payment | 20171705 05-15-2017 | $4,103.85 |
| 971 | Notice issued CP 0014 | 05-15-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | 05-30-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | 05-30-2017 | $0.00 |
| 582 | Lien placed on assets due to balance owed | 06-09-2017 | $0.00 |
| 360 | Fees and other expenses for collection | 07-03-2017 | $196.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | 06-13-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | 07-06-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | 07-06-2017 | $0.00 |
| 971 | First Levy Issued on Module | 07-21-2017 | $0.00 |
| 972 | Initial levy reversal | 07-21-2017 | $0.00 |
| 971 | First Levy Issued on Module | 08-28-2017 | $0.00 |
| 971 | Notice issued CP 071D | 10-22-2018 | $0.00 |
| 196 | Interest charged for late payment | 20184005 10-22-2018 | $2,575.58 |
| 276 | Penalty for late payment of tax | 20184005 10-22-2018 | $119.75 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
### United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
|:---:|

## Account Transcript

|  |  |
|---|---|
| Request Date: | 10-18-2018 |
| Response Date: | 10-18-2018 |
| Tracking Number: | 100413595854 |

FORM NUMBER:     1040
TAX PERIOD:      Dec. 31, 2014


TAXPAYER IDENTIFICATION NUMBER:        XXX-XX-
SPOUSE TAXPAYER IDENTIFICATION NUMBER:  XXX-XX-

RAVE

306 FI


**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

    --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                        25,957.17
ACCRUED INTEREST:                        1,175.29   AS OF: Nov. 05, 2018
ACCRUED PENALTY:                         1,521.00   AS OF: Nov. 05, 2018


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):          28,653.46


        ** INFORMATION FROM THE RETURN OR AS ADJUSTED **


EXEMPTIONS:                                 02
FILING STATUS:                    Married Filing Joint
ADJUSTED GROSS INCOME:                  71,246.00
TAXABLE INCOME:                         41,831.00
TAX PER RETURN:                         16,900.00
SE TAXABLE INCOME TAXPAYER:             57,062.00
SE TAXABLE INCOME SPOUSE:               18,438.00
TOTAL SELF EMPLOYMENT TAX:              11,551.00


RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)      Oct. 30, 2017
PROCESSING DATE                                                  Nov. 20, 2017

| TRANSACTIONS |
|:---:|

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | Tax return filed | 20174405 | 11-20-2017 | $16,900.00 |
| n/a | 80221-703-00738-7 | | | |
| 140 | Inquiry for non-filing of tax return | | 11-23-2015 | $0.00 |
| 971 | Notice issued<br>CP 0059 | | 12-14-2015 | $0.00 |
| 960 | Appointed representative | | 01-17-2017 | $0.00 |
| 595 | Account referred for review | | 02-06-2017 | $0.00 |
| 176 | Penalty for not pre-paying tax<br>11-20-2027 | 20174405 | 11-20-2017 | $303.46 |
| 166 | Penalty for filing tax return after the due date<br>11-20-2027 | 20174405 | 11-20-2017 | $3,802.50 |
| 276 | Penalty for late payment of tax | 20174405 | 11-20-2017 | $2,704.00 |
| 196 | Interest charged for late payment | 20174405 | 11-20-2017 | $2,049.21 |
| 971 | Notice issued<br>CP 0014 | | 11-20-2017 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 01-12-2018 | $0.00 |
| 360 | Fees and other expenses for collection | | 02-12-2018 | $198.00 |
| 971 | Collection due process Notice of Intent to Levy<br>-- issued | | 01-16-2018 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy<br>-- issued | | 01-16-2018 | $0.00 |
| 971 | Issued notice of lien filing and right to<br>Collection Due Process hearing | | 01-16-2018 | $0.00 |
| 971 | First Levy Issued on Module | | 04-23-2018 | $0.00 |

This Product Contains Sensitive Taxpayer Data

Case 2:18-cv-00352   ECF No. 1-2   filed 11/09/18   PageID.36   Page 27 of 38



# Internal Revenue Service
## United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
|---|

## Account Transcript

|  |  |
|---|---|
| Request Date: | 10-18-2018 |
| Response Date: | 10-18-2018 |
| Tracking Number: | 100413595854 |

FORM NUMBER:       1040

TAX PERIOD:        Dec. 31, 2015

TAXPAYER IDENTIFICATION NUMBER:          XXX-XX-████

SPOUSE TAXPAYER IDENTIFICATION NUMBER:   XXX-XX-████

RAVE
306 FI

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

              --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 4,665.52 | |
| ACCRUED INTEREST: | 221.00 | AS OF: Nov. 05, 2018 |
| ACCRUED PENALTY: | 358.95 | AS OF: Nov. 05, 2018 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):            5,245.47

              ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 02 |
| FILING STATUS: | Married Filing Joint |
| ADJUSTED GROSS INCOME: | 20,240.00 |
| TAXABLE INCOME: | 0.00 |
| TAX PER RETURN: | 3,838.00 |
| SE TAXABLE INCOME TAXPAYER: | 7,423.00 |
| SE TAXABLE INCOME SPOUSE: | 17,658.00 |
| TOTAL SELF EMPLOYMENT TAX: | 3,838.00 |

| | |
|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Oct. 30, 2017 |
| PROCESSING DATE | Nov. 27, 2017 |

| TRANSACTIONS |
|---|

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | Tax return filed | 20174505 | 11-27-2017 | $3,838.00 |
| n/a | 80221-703-00737-7 | | | |
| 960 | Appointed representative | | 01-17-2017 | $0.00 |
| 595 | Account referred for review | | 02-06-2017 | $0.00 |
| 166 | Penalty for filing tax return after the due date 11-27-2027 | 20174505 | 11-27-2017 | $863.55 |
| 276 | Penalty for late payment of tax | 20174505 | 11-27-2017 | $383.80 |
| 196 | Interest charged for late payment | 20174505 | 11-27-2017 | $314.17 |
| 971 | Notice issued CP 0014 | | 11-27-2017 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 01-12-2018 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 01-16-2018 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 01-16-2018 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 01-16-2018 | $0.00 |
| 971 | First Levy Issued on Module | | 04-23-2018 | $0.00 |
| 610 | Payment with return | | 04-27-2018 | -$734.00 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
### United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

## Account Transcript

|                      |              |
|----------------------|--------------|
| Request Date:        | 10-18-2018   |
| Response Date:       | 10-18-2018   |
| Tracking Number:     | 100413595854 |

FORM NUMBER:      1040

TAX PERIOD:       Dec. 31, 2016


TAXPAYER IDENTIFICATION NUMBER:         XXX-XX-

SPOUSE TAXPAYER IDENTIFICATION NUMBER:  XXX-XX-


RAVE

306 FI


**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

        --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 24,975.67 | |
| ACCRUED INTEREST: | 1,132.70 | AS OF: Nov. 05, 2018 |
| ACCRUED PENALTY: | 2,464.03 | AS OF: Nov. 05, 2018 |


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):            28,572.40


        ** INFORMATION FROM THE RETURN OR AS ADJUSTED **


| | |
|---|---|
| EXEMPTIONS: | 02 |
| FILING STATUS: | Married Filing Joint |
| ADJUSTED GROSS INCOME: | 90,687.00 |
| TAXABLE INCOME: | 68,802.00 |
| TAX PER RETURN: | 23,467.00 |
| SE TAXABLE INCOME TAXPAYER: | 52,145.00 |
| SE TAXABLE INCOME SPOUSE: | 39,821.00 |
| TOTAL SELF EMPLOYMENT TAX: | 14,071.00 |


RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)     Oct. 12, 2017
PROCESSING DATE                                                 Nov. 20, 2017


```
                              TRANSACTIONS
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| 150 | Tax return filed | 20174205 | 11-20-2017 | $23,467.00 |
| n/a | 80221-685-15128-7 | | | |
| 960 | Appointed representative | | 01-17-2017 | $0.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2017 | | 04-15-2017 | $0.00 |
| 276 | Penalty for late payment of tax | 20174405 | 11-20-2017 | $938.68 |
| 196 | Interest charged for late payment | 20174405 | 11-20-2017 | $569.99 |
| 971 | Notice issued CP 0014 | | 11-20-2017 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 01-12-2018 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 01-16-2018 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 01-16-2018 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 01-16-2018 | $0.00 |
| 971 | Amended tax return or claim forwarded for processing | | 03-21-2018 | $0.00 |
| 977 | Amended return filed | | 03-21-2018 | $0.00 |
| n/a | 89277-500-04786-8 | | | |
| 971 | First Levy Issued on Module | | 04-23-2018 | $0.00 |
| 470 | Claim pending | | 03-21-2018 | $0.00 |
| 470 | Claim pending | | 03-21-2018 | $0.00 |
| 971 | Amended tax return or claim forwarded for processing | | 03-21-2018 | $0.00 |
| 977 | Amended return filed | | 03-21-2018 | $0.00 |
| n/a | 89277-562-02950-8 | | | |

This Product Contains Sensitive Taxpayer Data

Case 2:18-cv-00352   ECF No. 1-2   filed 11/09/18   PageID.40   Page 31 of 38



# Internal Revenue Service
### United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
| --- |

## Account Transcript

|  |  |
| --- | --- |
| Request Date: | 10-18-2018 |
| Response Date: | 10-18-2018 |
| Tracking Number: | 100413597243 |

FORM NUMBER:      941

TAX PERIOD:       Sep. 30, 2012

TAXPAYER IDENTIFICATION NUMBER: ▓▓▓▓▓

JEFF RAVEN

RAVEN GLASS & MIRROR

% JEFF W RAVEN

PO BOX 2227

WENATCHEE, WA 98807-2227-276

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                $587.95

ACCRUED INTEREST:               $63.90   AS OF: Oct. 29, 2018

ACCRUED PENALTY:                $0.00    AS OF: Oct. 31, 2012

ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT):          $651.85

**     INFORMATION FROM THE RETURN OR AS ADJUSTED **

TAX PER TAXPAYER:               $7,574.43

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) Oct. 31, 2012

PROCESSED DATE                          Jan. 07, 2013

| TRANSACTIONS |
| --- |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 150 | Tax return filed | 201252 | 01-07-2013 | $7,574.43 |
| n/a | 29141-342-47529-2 |  |  |  |
| 650 | Federal tax deposit |  | 08-27-2012 | -$2,436.36 |
| 650 | Federal tax deposit |  | 10-29-2012 | -$1,641.52 |
| 650 | Federal tax deposit |  | 10-29-2012 | -$3,496.55 |

Case 2:18-cv-00352   ECF No. 1-2   filed 11/09/18   PageID.41   Page 32 of 38

| 651 | Dishonored federal tax deposit | | 10-29-2012 | $3,496.55 |
|---|---|---|---|---|
| 286 | Penalty for dishonored payment | | 11-19-2012 | $69.93 |
| 186 | Federal tax deposit penalty 01-07-2023 | 201252 | 01-07-2013 | $553.55 |
| 276 | Penalty for late payment of tax | | 01-07-2013 | $52.45 |
| 196 | Interest charged for late payment | 201252 | 01-07-2013 | $19.83 |
| 186 | Federal tax deposit penalty 02-18-2023 | 201305 | 02-18-2013 | $174.83 |
| 971 | Tax period blocked from automated levy program | | 04-01-2013 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 03-23-2013 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaimed | | 05-05-2013 | $0.00 |
| 706 | Credit transferred in from 941 201306 | | 01-24-2014 | -$233.94 |
| 582 | Lien placed on assets due to balance owed | | 12-23-2016 | $0.00 |
| 360 | Fees and other expenses for collection | | 02-06-2017 | $196.00 |
| 960 | Appointed representative | | 01-03-2017 | $0.00 |
| 960 | Appointed representative | | 01-12-2017 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 12-29-2016 | $0.00 |
| 196 | Interest charged for late payment | 201745 | 11-27-2017 | $746.95 |
| 276 | Penalty for late payment of tax | | 11-27-2017 | $793.61 |
| 971 | First Levy Issued on Module | | 12-22-2017 | $0.00 |
| 670 | Payment Levy | | 01-23-2018 | -$4,714.84 |
| 670 | Payment Miscellaneous Payment | | 03-26-2018 | -$566.97 |

```
This Product Contains Sensitive Taxpayer Data
```



# Internal Revenue Service
United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

## Account Transcript

|  |  |
|---|---|
| Request Date: | 10-18-2018 |
| Response Date: | 10-18-2018 |
| Tracking Number: | 100413597243 |

FORM NUMBER:    941

TAX PERIOD:    Dec. 31, 2012

TAXPAYER IDENTIFICATION NUMBER:

JEFF RAVEN
RAVEN GLASS & MIRROR
% JEFF W RAVEN
PO BOX 2227
WENATCHEE, WA 98807-2227-276

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | $4,500.22 | |
| ACCRUED INTEREST: | $195.98 | AS OF: Oct. 29, 2018 |
| ACCRUED PENALTY: | $0.00 | AS OF: Jan. 31, 2013 |

ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT):    $4,696.20

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

TAX PER TAXPAYER:    $2,808.08

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) Jan. 31, 2013

PROCESSED DATE    Apr. 08, 2013

```
                        TRANSACTIONS
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 201312 | 04-08-2013 | $2,808.08 |
| n/a | 81141-065-37972-3 | | | |
| 186 | Federal tax deposit penalty 04-08-2023 | 201312 | 04-08-2013 | $280.81 |
| 276 | Penalty for late payment of tax | | 04-08-2013 | $42.12 |
| 196 | Interest charged for late payment | 201312 | 04-08-2013 | $15.51 |

| 186 | Federal tax deposit penalty 05-13-2023 | 201317 | 05-13-2013 | $140.40 |
| 971 | Tax period blocked from automated levy program | | 07-29-2013 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 12-19-2016 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 12-23-2016 | $0.00 |
| 960 | Appointed representative | | 01-03-2017 | $0.00 |
| 960 | Appointed representative | | 01-12-2017 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 12-29-2016 | $0.00 |
| 971 | First Levy Issued on Module | | 03-20-2017 | $0.00 |
| 196 | Interest charged for late payment | 201745 | 11-27-2017 | $553.40 |
| 276 | Penalty for late payment of tax | | 11-27-2017 | $659.90 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
## United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
| --- |

# Account Transcript

| | |
| --- | --- |
| Request Date: | 10-18-2018 |
| Response Date: | 10-18-2018 |
| Tracking Number: | 100413597243 |

FORM NUMBER:    941

TAX PERIOD:    Jun. 30, 2014

TAXPAYER IDENTIFICATION NUMBER:

JEFF RAVEN
RAVEN GLASS & MIRROR
% JEFF W RAVEN
PO BOX 2227
WENATCHEE, WA 98807-2227-276

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
| --- | --- | --- |
| ACCOUNT BALANCE: | $10,782.04 | |
| ACCRUED INTEREST: | $469.55 | AS OF: Oct. 29, 2018 |
| ACCRUED PENALTY: | $0.00 | AS OF: Jul. 31, 2014 |

| | |
| --- | --- |
| ACCOUNT BALANCE PLUS ACCRUALS (THIS IS NOT A PAYOFF AMOUNT): | $11,251.59 |

**** INFORMATION FROM THE RETURN OR AS ADJUSTED ****

TAX PER TAXPAYER:    $7,840.60

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) Jul. 31, 2014

PROCESSED DATE    Oct. 06, 2014

| TRANSACTIONS |
| --- |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 150 | Tax return filed | 201438 | 10-06-2014 | $7,840.60 |
| n/a | 29141-248-30500-4 | | | |
| 276 | Penalty for late payment of tax | | 10-06-2014 | $117.61 |
| 196 | Interest charged for late payment | 201438 | 10-06-2014 | $43.29 |
| 971 | Tax period blocked from automated levy program | | 01-12-2015 | $0.00 |

Case 2:18-cv-00352    ECF No. 1-2    filed 11/09/18    PageID.45    Page 36 of 38

| 971 | Collection due process Notice of Intent to Levy -- issued | | 12-19-2016 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 12-23-2016 | $0.00 |
| 960 | Appointed representative | | 01-03-2017 | $0.00 |
| 960 | Appointed representative | | 01-12-2017 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 12-29-2016 | $0.00 |
| 971 | First Levy Issued on Module | | 03-20-2017 | $0.00 |
| 196 | Interest charged for late payment | 201745 | 11-27-2017 | $938.00 |
| 276 | Penalty for late payment of tax | | 11-27-2017 | $1,842.54 |

```
This Product Contains Sensitive Taxpayer Data
```



# Internal Revenue Service
United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
|---|

# Account Transcript

|  |  |
|---|---|
| Request Date: | 11-06-2018 |
| Response Date: | 11-06-2018 |
| Tracking Number: | 100415912394 |

FORM NUMBER:    CIVIL PENALTY

TAX PERIOD:    Dec. 31, 2013

TAXPAYER IDENTIFICATION NUMBER:

JEFF RAVEN
RAVEN GLASS & MIRROR
% JEFF W RAVEN
PO BOX 2227
WENATCHEE, WA 98807-2227-276

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| ACCOUNT BALANCE: | $1,741.51 | |
|---|---|---|
| ACCRUED INTEREST: | $81.07 | AS OF: Nov. 19, 2018 |
| ACCRUED PENALTY: | $0.00 | AS OF: |

| ACCOUNT BALANCE PLUS ACCRUALS (THIS IS NOT A PAYOFF AMOUNT): | $1,822.58 |
|---|---|

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

TAX PER TAXPAYER:    0.00

| TRANSACTIONS |
|---|

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 240 | Miscellaneous penalty IRC 6721 Penalty for Intentional Disregard, Failure to File W-2s 10-03-2026 | 201637 | 10-03-2016 | $1,663.22 |
| n/a | 26154-241-00589-6 | | | |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 12-19-2016 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 12-23-2016 | $0.00 |
| 960 | Appointed representative | | 01-03-2017 | $0.00 |

| 960 | Appointed representative | | 01-12-2017 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 12-29-2016 | $0.00 |
| 971 | First Levy Issued on Module | | 03-20-2017 | $0.00 |
| 196 | Interest charged for late payment | 201745 | 11-27-2017 | $78.29 |

```
This Product Contains Sensitive Taxpayer Data
```

1   RICHARD E. ZUCKERMAN
    Principal Deputy Assistant Attorney General

2   YAEL BORTNICK
3   Trial Attorney, Tax Division
    U.S. Department of Justice
    P.O. Box 683
4   Washington, D.C. 20044
    202-514-6632 (v)
5   202-307-0054 (f)
    Yael.Bortnick@tax.usdoj.gov
6
    Of Counsel:
7   JOSEPH HARRINGTON
    United States Attorney
8
9   *Attorneys for the United States*

10                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF WASHINGTON

11
                                        Case No.
12  In the Metter of the Tax Indebtedness of     **[PROPOSED] NOTICE AND
    JEFF AND MELINDA RAVEN                         ORDER TO SHOW CAUSE**
13

14

15          You, Jeff and Melinda Raven, are hereby notified that the United States has

16  petitioned this Court for an Order allowing the Internal Revenue Service to levy

17  upon the real property located at 306 Fircrest Drive, Cashmere, WA 98815 (the

18  "Subject Property") in order to sell your interest to satisfy part or all of your unpaid

19  (1) federal income tax liabilities for tax years 2009 through 2016; (2) federal

20  employment tax liabilities for the periods ending September 30, 2012, December

22  31, 2012, and June 30, 2014; and (3) civil penalty liability for the period ending

23  December 31, 2013, plus penalties, interest, and other statutory additions according

24  to law.

Proposed Notice and Order to Show          **U.S. DEPARTMENT OF JUSTICE**
Cause                                       P.O. Box 683
Page 1 of 4                                 Washington, D.C. 20044
                                            Telephone: (202) 514-6632

This Court has examined the Petition of the United States and accompanying Declaration, and it is hereby ORDERED that Respondents have 21 days from the date of service of this Order to file with the Clerk of the Court a written Objection to Petition. Any written Objection to Petition should demonstrate that:

    A.  Your liability has been satisfied; or

    B.  You have other assets from which the unpaid tax liabilities can be satisfied; or

    C.  Applicable laws and administrative procedures relevant to the levy were not followed by the Internal Revenue Service.

It is FURTHER ORDERED that if you file a written Objection to Petition with the Clerk of Court, then the Court will hold a hearing, at which you must appear, on _____, 2018, at _____ a.m./p.m., at the Thomas S. Foley United States Courthouse, 920 West Riverside Avenue, Courtroom _____, Spokane, WA 99201.

It is FURTHER ORDERED that, in addition to filing any Objection to the Petition with the Clerk of the Court, you must also mail a copy of any Objection to the Petition to the attorney for the United States, at the following addresses, on or before the filing date:

    Yael Bortnick
    Trial Attorney, Tax Division,
    U.S. Department of Justice,
    P.O. Box 683
    Ben Franklin Station
    Washington, D.C.  20044

**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 514-6632

1   If you do not file an Objection to Petition within 21 days of service of this

2   order, or if you file an Objection to Petition but fail to appear before the Court as

3   instructed, the Court will enter an Order Approving an Internal Revenue Service

4   Levy on the Real Property Located at 306 Fircrest Drive, Cashmere, WA 98815.

5   It is FURTHER ORDERED that a copy of this NOTICE AND ORDER TO

6   SHOW CAUSE, together with the Petition and Declaration, shall be served upon

7   Jeff and Melinda Raven within 5 days of the date of this Order, by the United

8   States Marshal or any deputy U.S. Marshal, or any Revenue Officer of the Internal

9   Revenue Service, by delivering a copy in hand to Jeff or Melinda Raven or by

10  leaving a copy at Jeff and Melinda Raven's dwelling or usual place of abode with a

11  person of suitable age and discretion residing therein, or by some other manner of

12  service described in Rule 4(e)(1) of the Federal Rules of Civil Procedure. Proof of

13  service shall be filed as soon as practicable.

14

15  IT IS SO ORDERED.

16  Dated this _____ day of _____ , 2018.

17

18  _____
    UNITED STATES DISTRICT JUDGE

19

20

22

23

24

Proposed Notice and Order to Show
Cause
Page 3 of 4

**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 514-6632

Respectfully presented by:

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*s/ Yael Bortnick*
YAEL BORTNICK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-514-6632 (v)
202-307-0054 (f)
Yael.Bortnick@usdoj.gov

JOSEPH HARRINGTON
United States Attorney
*Of Counsel*

*Attorneys for the United States of America*

**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 514-6632